THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00015-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ROBERT KEITH OWENS. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Correct the Description of a Previously Forfeited Firearm [Doc. 32], as amended [Doc. 34].

The Government moves to correct the description of the property contained in the Consent Order and Judgment of Forfeiture entered by the Court on November 26, 2013. Counsel for the Defendant does not object to the correction of the description of the firearm in that prior Order.

For the reasons stated in the Government's motion, and in light of the lack of opposition by the Defendant,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 32], as amended [Doc. 34], is **GRANTED**. The description of the third firearm identified in the Consent Order and Judgment of Forfeiture entered on November 26, 2013 [Doc. 28 at 2] is hereby **AMENDED** to read as follows:

**One Smith & Wesson, 15-22, .22 caliber rifle, serial number DWW2191.**

**IT IS SO ORDERED.**

Signed: April 29, 2014

Martin Reidinger
United States District Judge