THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00015-MR-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ROBERT KEITH OWENS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Renewed Motion for an Order that Funds Held by the Federal Bureau of Investigation Be Applied to Restitution [Doc. 39].

The Government renews its motion for an Order requiring the Federal Bureau of Investigation (FBI) to apply funds in partial satisfaction of the outstanding restitution imposed against the Defendant.[1] Specifically, the Government seeks funds in the amount of $10,000.00, FBI evidence item no. 1B2, and $680.00, FBI evidence item no. 1B3, which are currently being

---

[1] The Court denied the Government's first motion for such an order on the grounds that the Government failed to provide any factual basis from which the Court could find that the funds were seized from the Defendant or could otherwise properly be applied to his restitution obligation. [Doc. 38].

held by the FBI and which were recovered from a car driven by the Defendant.

Upon review of the Government's motion and the affidavits of Special Agent Rory Poynter and Charlie Trammell, the Court concludes that the Government's motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Renewed Motion for an Order that Funds Held by the Federal Bureau of Investigation Be Applied to Restitution [Doc. 39] is **GRANTED**, and the Federal Bureau of Investigation shall convey the $10,000.00 (FBI evidence item no. 1B2) and $680.00 (FBI evidence item no. 1B3) in cash that was seized as evidence during the investigation of the above-referenced Defendant to the Office of the Clerk for the United States District Court for the Western District of North Carolina, 401 West Trade Street, Room 210, Charlotte, North Carolina 28202. Such funds shall be applied in partial satisfaction of the restitution imposed by the criminal judgment in this matter.

**IT IS SO ORDERED.**

Signed: February 12, 2016

Martin Reidinger
United States District Judge